JESSIE LUMSDEN, Respondent, v. JOHN SABO and JOSEPHINE SABO, Appellants.— Appeal by defendants from a judgment of $2,000 in favor of plaintiff, on account of personal injuries, in an automobile negligence action. It is asserted that the verdict is excessive. The plaintiff, at the time of the trial, six months after the accident, was still suffering from pain and a thirty-five to forty per cent limitation of motion of the right arm and shoulder. Her earnings had been reduced about eighty dollars a month. Her physician stated upon the trial that it was his opinion that it would be several months before she would recover from the injury to her arm and shoulder. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

### (January 18, 1939.)

In the Matter of the Petition of the TOWN BOARD OF THE TOWN OF CHESTERFIELD, ESSEX COUNTY, under Section 91 of the Railroad Law for an Alteration in the Existing Structure Carrying a Town Highway over the Tracks of the DELAWARE & HUDSON RAILROAD CORPORATION Just South of Douglass Station, in the Town of Chesterfield, Essex County. (Case No. 8816.) In the Matter of the Petition of the DELAWARE & HUDSON RAILROAD CORPORATION under Section 91 of the Railroad Law for the Closing and Discontinuance of the Grade Crossing of Its Railroad Known as Rockland Crossing, in the Town of Chesterfield, Essex County, and the Diversion of Traffic to Another Crossing. (Case No. 9093.) THE DELAWARE & HUDSON RAILROAD CORPORATION, Appellant, v. PUBLIC SERVICE COMMISSION, Respondent.— Motion to dismiss appeals granted, by default, without costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of MILTON GROSSMANN, Petitioner, for an Order Pursuant to Article 78 of the Civil Practice Act, to Review a Determination of FRANK P. GRAVES, Commissioner of Education of the State of New York, THOMAS J. MANGAN and Others, as Members of the Board of Regents of the University of the State of New York, WILLIAM F. MCLAUGHLIN and Others, as Members of the State Board of Podiatry Examiners, Respondents.— Motion for order staying respondents from enforcing order of the Commissioner of Education denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CLARA J. HANNAN, Appellant, against ZENNER TRUCKING Co. and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to prosecute appeal on typewritten papers denied, without prejudice to renewal of application upon showing a meritorious case. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.